### WINSLOW ag$^t$ BENDALL

Edward Winslow plaint. ag$^t$ Free Grace Bendall Defend$^t$ in an action of the case for non performance of an Award of Arbitration given in by m$^r$ Thomas Brattle & m$^r$ James Whetcomb bearing date. 28. day of May 1675. as may more fully appeare by the s$^d$ award with interest & other due damages according to attachm$^t$ Dat. June. 26: 1675. . . . The Jury brought in a speciall verdict. Jf an Award of Arbitration under the hands & Seales of the Arbitrato$^{rs}$ within the time set them not positiuely obligeing to a certain Summe bee binding & good in law then wee finde for the plaint. two hundred pounds in mony forfiture of the bond & costs of Court; but if s$^d$ award not

positiuely obliging to a certain Summe bee not bindeing & good in Law, wee finde for the Defend<sup>t</sup> costs of Court: The Magistrates on perusall of this verdict finde for the Defend<sup>t</sup> costs of Court.